In the Matter of the Application of JOHN T. KRAUSE, Petitioner, Appellant, against WILLIAM GORHAM RICE and Others, Composing the New York State Civil Service Commission, Respondents.— Appeal from an order of the Supreme Court, Albany county, denying petitioner's application for an order of mandamus requiring the State Civil Service Commission to appoint petitioner to the position of supervisor of payroll audits in the State Insurance Fund, in the Department of Labor, or to fill the vacancy existing in said position by promotion, or to hold a promotion examination for said position. Petitioner is chief payroll auditor of said fund receiving a salary of $3,250 per year, and the position of supervisor of payroll audits is above the grade of petitioner's position, and the salary of the supervisor is fixed at $5,000 per year. The Civil Service Commission directed that an open competitive examination be held to fill said vacancy. Petitioner asserts that an examination, if any is required, should be limited to those holding subordinate positions in the same class. The determination of the commission was a proper exercise of its discretion. (*People ex rel. Moriarity* v. *Creelman*, 206 N. Y. 570.) Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conduct the Business of THE TITLE AND MORTGAGE GUARANTY COMPANY OF SULLIVAN COUNTY, NEW YORK. PRESTCOTT W. TOWNSEND, Respondent. SULLIVAN COUNTY TRUST COMPANY, Appellant, and GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, Respondent.— Appeal from an order made by the Special Term in compliance with the opinion of this court in an earlier appeal (246 App. Div. 146). Order unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

SEGLIN CONSTRUCTION COMPANY, INC., Appellant, Respondent and Others, A. E. NORTON, INC., Respondent and Others, v. THE STATE OF NEW YORK, Appellant, Respondent. (Claim No. 22029.) — Motion to amend decision, handed down January 21, 1937 [249 App. Div. 476], so as to include an award of costs to the Seglin Construction Company, Inc., appellant, respondent, and an award of costs to A. E. Norton, Inc., respondent, granted; with ten dollars costs of motion. Present — Hill, P. J., Rhodes, McNamee and Heffernan, JJ.; Bliss, J., taking no part.